IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO.,
a Foreign Corporation authorized to do business in Colorado

Defendant.
_____

**ORDER**
_____

Following a status conference with counsel this afternoon and upon their agreement that a settlement conference at this time would be a waste of resources:

IT IS ORDERED that the settlement conference set for February 29, 2008, at 10:00 a.m., is vacated, to be reset at the request of the parties.

Dated February 26, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge