IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01940-REB-BNB | Date: April 4, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| PATRICK SMITH, | Nicholas Gradisar |
| Plaintiff, | |
| v. | |
| WALGREEN CO, a Foreign Corporation authorized to do business in Colorado | Jerry Retherford |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      9:28 a.m.

Appearance of counsel. Plaintiff present.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to compel and request for sanctions by defendant, filed March 13, 2008 ; Doc. 19 is granted in part and denied in part as stated on the record. The plaintiff shall provide executed releases on or before April 14, 2008.

Court in Recess      9:42 a.m.      Hearing concluded.

Total time in court:      00:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.