IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO.,
a Foreign Corporation authorized to do business in Colorado

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion to Compel and Request for Sanctions** [Doc. # 19, filed 3/13/2008] (the "Motion to Compel"); and

(2) **Motion for Leave to Submit Additional Authority In Support of Motion to Compel** [Doc. # 26, filed 4/3/2008] (the "Motion to Supplement").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART to require the plaintiff to execute and return authorizations for employment information for employment held after the plaintiff left the employ of the defendant. The authorizations shall be provided to the defendant on or before **April 14, 2008**.

IT IS FURTHER ORDERED that the parties shall submit a motion for protective order and proposed form of blanket protective order, if at all, on or before **April 14, 2008**.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Supplement is GRANTED.

Dated April 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge