IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO.,
a Foreign Corporation authorized to do business in Colorado

Defendant.

---

**ORDER**

---

This matter is before me on **Plaintiff's Motion to Amend Complaint** [Doc. # 34, filed 5/7/2008] (the "Motion to Amend"). I heard argument on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing plaintiff's Amended Complaint [Doc. # 34-2].

IT IS FURTHER ORDERED that the defendant shall respond to the Amended Complaint within 10 days.

Dated June 3, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge