IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO.,
a Foreign Corporation authorized to do business in Colorado

Defendant.

_____

**ORDER**
_____

This matter is before me on plaintiff's **Motion to Compel and Request for Sanctions** [Doc. # 39, filed 5/22/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the defendant to produce a complete copy of the Walgreen Drug Testing Policies in effect on March 1, 2006. All responsive materials shall be produced on or before **June 20, 2008**; and

DENIED in all other respects.

Dated June 17, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge