IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO., a foreign corporation authorized to do business in Colorado

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  IT IS ORDERED that the **Motion to Amend the Final Pretrial Order and to Endorse Additional Trials Exhibits** [Doc. # 57, filed 9/30/2008] is DENIED for failure to comply with D.C.COLO.LCivR 7.1A.

DATED: October 1, 2008