IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 07-cv-01940-REB-BNB | Date: October 17, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

PATRICK SMITH,                                    Nicholas Gradisar

        Plaintiff(s),

v.

WALGREEN CO.,                                    Jerry Rutherford

        Defendant(s).

## COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:    9:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendant's motion to vacate the Settlement Conference filed 10/10/08; Doc. 63 is denied as stated on the record.**

Court in Recess    9:34 a.m.    Hearing concluded.    Total time in court:    00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.