IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01940-REB-BNB

PATRICK SMITH,

Plaintiff,

v.

WALGREEN CO.,
a Foreign Corporation authorized to do business in Colorado,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Motion to Vacate the Settlement Conference** [Doc. # 63, filed 10/10/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED. The parties shall have representatives present at the settlement conference in person with full authority to settle the case. In the context of the plaintiff, the plaintiff must attend and must have unfettered discretion to compromise his claim. In the context of the defendant, a representative or representatives must be present who, in his, her, or their own discretion and without consulting anyone else in any way, have authority to accept the plaintiff's last settlement demand. Failure to comply with this order may result in the imposition of sanctions, including the initiation of contempt proceedings.

Dated October 17, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge