# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 07-cv-01940-CMA-BNB

PATRICK SMITH,

    Plaintiff,

v.

WALGREEN CO., a Foreign Corporation authorized to do business in Colorado,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 72). The Court having considered the stipulated motion to dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: November 12, 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge